**FILED**
MAR 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
MAR 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

March 12, 2019

U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**FILED**
Clerk's Office
USDC, Mass
Date 3/18/19
By [signature]
Deputy Clerk

| | |
|---|---|
| Case Name: | USA v. Blake, et al. |
| Case Number: | 19-mj-70373-JCS-1 |
| Charges: | 18:1349 - Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

( ) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X) The defendants have court appearances in your court on : 3/29/2019

Enclosed are the following documents:

(X) Original Rule 5 affidavit
(X) Original minute orders
(X) Certified copy of AO 467, *Order Requiring a Defendant to Appear*
(X) Other miscellaneous documents

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By [signature]
Mark Jenkins, Case Systems Administrator
415-522-2000

---

Receipt of the above-described documents is acknowledged herewith and assigned case number: 19-6087.

Date: 3/18/19

By: _Kellyann Belist_
Deputy Clerk